Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
_____ Division

Elijah Brown / Additional Plaintiffs Attached )
)  Case No. 3:21cv19 CWR-LGI
)  *(to be filled in by the Clerk's Office)*
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Nurse Scott, Dr. Martinez, Dr. Chambers
Recreational Dept / Dietary Dept / Health
Dept. Administration / Mail Room

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 1 2 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: ~~Scott~~ Elijah Brown
   All other names by which you have been known: JR.
   ID Number: 70326-067
   Current Institution: Yazoo Medium FCI
   Address: P.O. Box 5000
   Yazoo       MS       39194
   City        State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Ms. Scott
   Job or Title *(if known)*: Nurse or physician
   Shield Number:
   Employer: FCI Yazoo
   Address:
   Yazoo       MS       39194
   City        State    Zip Code
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name: Dr. Martinez
   Job or Title *(if known)*: Doctor
   Shield Number:
   Employer:
   Address:
   Yazoo       MS       39194
   City        State    Zip Code
   ☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Dr. Chankers
Job or Title (if known): Doctor
Shield Number:
Employer:
Address: FCI Yazoo P.O. Box 5000
City: Yazoo   State: MS.   Zip Code: 39194

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: Mailroom / Administration / Psychology Dept. / Health Department / Recreational Department
Job or Title (if known): Dietary Dept / Employees of FCI Yazoo Medium
Shield Number:
Employer: FCI Yazoo
Address:
City: Yazoo   State: MS.   Zip Code: 39194

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 4th Amendment and 8th Amendment Constitutional Rights.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. On 3-26-2020 I contracted Covid 19. As a result I still suffer complications. On 10-15-2020 I was re-exposed to the deadly virus. Despite repeated request for medical attention I haven't been seen. As Medical Staff and Overseers of the Institutions (administration) it is there duty to assure the welfare of the inmate. Grievances and pleas were ignored after a multitude of requests. As professionals acting under color of law the negligence displayed is in violation of my Constitutional 8th Amendment rights.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. Health Department here at Yazoo are not conducting test properly nor are they answering medical request. The administration will not address grievances. The Dietary Dept is serving cold meals that are presumably hot. Meals are delivered 3:30-3:45 and passed out to inmates at 5:00 - 5:30. Due to Covid CDC requires all individuals exposed to be tested. Health Department refuses to obey the protocol. The Administration also refuses to provide recreation and proper religious services. See attached Doc.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. On D-1 Unit in March 2020 Inmate tested positive 5 in all. The removing of the inmate werent tested. As a result of Covid I Elijah Brown suffers ongoing complication. On 10-15-20 another Covid 19 outbreak occured. The Health Dept did limited testing according to CDC protocol. All this occured here at Yazoo City Medium Institution in Yazoo City MS. See attached Doc.

Page 4 of 11

## Claim

The Negligence Displayed by the Institution and The Health Department has left me scarred Mentally and physically. As a result of Contracting Covid in March of 2020 I still suffer complications Headaches, Fatigue, Dry red Eyes, blurred vision and as of lately periodic bloody stool and Memory loss. These issues coupled with being Re Exposed to Covid on or in Nov. Exacerbates these conditions and threatens my life. I sent numerous request to the Health Deptment seeking Medical attention. All to no avail. On 11-3-2020 while be tested (one of the only inmates to be tested besides the positive inmate or inmates from My Unit) I Informed Medical of my on going complications I also reminded them of my supposedly scheduled appointment back in Sept. 2020. My pleas went unheard as I was told They (the Medical Dept) was too swamped and I'd be seen at a Later Date. Despite Showing Symptoms of Covid and being tested by a quick test which was proving to be inaccurate, I was sent back to the Unit. This cruel and Unusual punishment must be addressed and my Rights upheld. I've notified Medical of my intentions of seeking Alternative measures due to their Negligence. This was also ignored, considering Months have surpassed without Results. My pleas for a second opinion and Third Covid test were ignored as well. I wanted a Doctors not Nurse. The Administration as well as The Health Dept. should understand That Since March 2020 We have been locked down with limited Movement. The Covid 19 virus Here at Yazoo was contained at one point so the sudden outbreak could only be a result of the Administration and Health Dept's failure to properly screen or test their staff. Administrations should also understand our need for medical attention. After a multitude of requests and copouts Seeking Help, I'm left clueless as to whether this neglect is Circumstancial or intentional. I also filed an Administrative BP8 and have yet to get results. This Delay in Treatment Violates my Constitutional 8th Amendment Rights.

## Claim

On or around March 19, 2020 A nationwide lockdown was conducted. Since that period inmates began receiving dinner meals through door slots. Dinner is served between the hours of 5 - 5:45pm. However the cart for Dinner has been arriving between 3:30 - 3:45pm These meals are not plugged in to keep warm nor do the majority of the carts have plugs. By the time inmates receive their meals, the/ice (meals) are at refrigerated temperatures.

On 11-6-2020 Approximately 100 inmates were taken to the USP Due to contracting Covid. On 11-9-2020 47 more inmates who were positive for Covid also were transported to the USP for Quarintine. Despite the Overwhelming number of positive cases D-1 as well as E-3 - F-4 - F-3 were never tested according to CDC protocol. (Exposure). Inmates tested positive from D-1 and The above units yet the entire Unit were not tested. Over or nearly 200 inmates have contracted this Deadly Virus and The Administration Here at Yazoo Continues to attempt to cover up or mitigate this pandemic.

Recreation continues on or Around Aug 10th after having been closed since March. Inmates gained significant amounts of weight as a result, Therefore making them more susceptible to the Deadly virus. Religion Services were also obselette. Physcology passed out pamphlets in March 2020 whenever The pandemic was initiated then passed those same pamphlets out in Nov. 2020 showing or Displaying a lack of Interest in their Duties. This psychological Deptment showed up twice in 8 months. This also is negligence. To Date Recreation as of 11-6-2020 as well as Religious Services has been closed. Inmates are now left to the Disposal of The Deadly Covid 19. This not only violates 8th Ammendment but also (RLUIPA)

## Claim

The ongoing negligence displayed here at FCI Yazoo Medium is in Violation of 8th Amendment Constitutional Rights. As Certified Medical Physicians or Nurses, Wardens, Captains etc. Acting under the Color of law yet denying inmates the right to be treated fair and just is a violation of The Constitution Especially when they Understand that inmates have certain rights. A right to be treated Human. Not Denied Medical services when called upon numerous times. A right to be given a reason by a Warden or Administrative party not ignored or given no response at all when it given grievances against staff. A right to eat warm food by the Dietary Dept. Not meals served 2 hours after they were delivered. A right to have proper cleaning solutions not watered down chemicals that do seems a service rather than Justice. The Cleaning solutions does'nt emit any smell of a disinfectant.

On 11-10-2020 I recieved legal mail From my Attorney Quin M. Soreson which was opened. This not only violates the Attorney Client privelege but also violates my 4th Amendment rights.

On 11-11-2020 I submitted a BP-9 Grievance to the Administration requesting to be seen by Medical for complications and issues I've been dealing with for months. The Delay is increasing my susceptibility to deadly virus's and disease.

From 11-13 — 11-18-2020 I along with about 60 other inmates were unable to shower. Policy states we're entitled to a shower every 72 hours. This is also cruel and unusual punishment.

On 11-17-2020 Assistant Warden Joyner confiemes that there was 185 current cases of Covid 19 amongst inmates.

Claim

On 11-18-2020 I notified Medical regarding not having a bowel movement in 5 days. The officer on duty Mrs. Boyd notified Medical and spoke with a Ms. Scott, who informed the officer to give me a sick call form to fill out. I have a sick call form documenting similar issues dated 10-30-2020. This delay in treatment is in violation of my Constitutional rights. C.O. Boyd keeps this information in her files. A grievance was filed also.

On 11-20-2020 I spoke with counselor Mrs. Jones regarding a lack of bowel movement after several days. Mrs. Jones called Medical which stated I'd be seen later that day. No nurse or physician ever showed. A commissary referral slip was issued stating "After an assessment, it's determined the patient needs "Milk of Magnesia!". My complaint for this disregard was to file a grievance stating physician just assumed my conditions without ever assessing me physically. I also wrote or submitting a grievance to the Administration.

On 11-23-2020 After symptoms showed no relief and I failed to have a bowel movement going on the 10th day Counselor Mrs. Jones called Medical, who informed her they would check to determine why I haven't received medication. After no response Mrs. Jones (counselor) called Commissary to inquire as to having "Milk of Magnesia". The Commissary Dept. said they were out. Mrs. Jones then called to inform Medical of Commissary's out of stock item that physicians prescribed. The Medical Dept. never responded. Counselor Jones then proceeded to ask around the Unit to see if anyone had "Milk of Magnesia". This delay by the Medical Dept. is cruel and unusual punishment.

As of Weds. 11-25-2020 I have no access to recreation. We are afforded 1/2 hour of every 3 days excluding weekends, to shower, use the phone which is 15mins and check emails. The time restraint doesn't accomodate. Without proper exercise and movement health issues increase. From March-Aug there was no recreation, now from Oct, Nov, Dec and Jan. There has been no recreation. Since March we've had approximately 2 months of recreation

7

The level of health concerns contributed to obesity is great. Policy to my knowledge states we're entitled to 1hr. of recreation. There has also been a lack of religious services. This institution shows no regard for human's rights, let alone inmate's rights.

On 11-26-2020 Nurses from the Medical Department issued two 30ml of milk of magnesia. This was done approximately 10 days after the initial complaint. I still have yet to see a physician in regards to the issues I've been complaining about for months. High blood pressure, blood sugar etc. There is a serious delay concerning treatment here at FCI Yazoo Medium. The prescribed magnesia was dated 11-23-2020.

From the dates of 10-26-2020 to 12-1-2020 Commissary was out of stock on soap products. Inmates were issued a small bar of state issued soap which subsides quickly. As 12-1-2020 Yazoo not only has commissary soap out of stock but also the soap issued by the facility as well. This institution has no regard for human life.

On or from the dates of 12-29-2020-1-4-21 Inmate's were denied showers. Policy state's inmate's are entitled to showers every 72 hours. 4 or 5 days without a shower is unacceptable. This is cruel and unusual punishment in violation of our 8th Amendment rights.

As 1-4-21 my request to see medical has been disregarded. I've submitted several grievances and BP-9's. This institution is displaying total negligence and disregard for human life.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

From the 3-26-2020 to Nov. 2020 - Current as of Jan 5, 2021

See Attached Doc

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The ongoing Complications resulting from Covid and the Negligence Displayed by the Health Dept, Administration and Dietary Dept is witness by 100 or hundreds of Inmates. Attached is a list of witnesses who verify the crisis here at FCI Yazoo Medium. The continuance of neglect and disregard displayed by the Institution

See Attached Doc.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Ongoing Complication, High Blood Pressure, Blood Sugar issues, Headaches, Fatigue, Dry Red Eyes, Bloody Stool, Blurred visions amongst possibly unknown conditions, considering Nurses haven't seen or Analyzed properly. Inmates also suffered staff infections and other bacteria causes due to improper hygien. Institution not providing clean Linen and Denying showers for up to 5 days at a time.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As a result of Contracting Covid and suffering Continued symptoms and Health issues that could have possibly been avoided if treated properly or tested I seek 1 Million dollars in punitive damages and 1 million dollars in compensatory expenses considering I may be Disabled as a result of Covid and the Negligence Displayed by officials here at Yazoo City Medium. No amount of money can repair the damages However being able to receive funds in order to afford proper Medical attention and to provide a safer environment subsides some of the stress and anxiety caused by the Parties here in. Also I would like to be Released from Custody of the BOP and Returned to Society where I can be afforded the Equal opportunity of Medical Treatment and Care Amongst other Equal

Page 5 of 11

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Federal Correctional Institution at Yazoo City Medium

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   I filed on BP-8 with the Counselor on or around 8-20-2020. I filed another BP-8 Grievance on 11-17-2020 AN also A BP-9

2. What did you claim in your grievance?
   I claimed Negligence, cruel and unusual punishment for Delaying Medical Treatment I also filed a BP-8 against the mail Room for Delivering Attorney Client mail opened before I recieved or signed for it. Grievances were also filed for the institution Delivering cold meals, Denial of Showers after 72 hours and NO Recreation.

3. What was the result, if any?
   Haven't heard a Response

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    - [ ] Yes
    - [ ] No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Elijah Brown Jr.
   Defendant(s) ~~[redacted]~~ Detectives Krokos, Cortee and Ferrari

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Middle District of Pennsylvania 3rd District

3. Docket or index number
   1:13-cv-01248

4. Name of Judge assigned to your case
   Judge Schwab

5. Approximate date of filing lawsuit
   July 2, 2014

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  On or around June 2015

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* The case was dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Elijah Brown* (signed)
Printed Name of Plaintiff: Elijah Brown
Prison Identification #: 70826-067
Prison Address: FCI Yazoo Medium P.O. Box 5000
Yazoo, MS 39194

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City, State, Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Page 11 of 11