

Varified Amended Complaint     1-19-2021

On 1-12-2021 a case was filed against Unknown Scott et al. AND was assigned Civil action No. 3:21-cv-19-CWR-LGI Referred to the following Judges: District Judge: Carlton W. Reeves and Magistrate Judge: Lakeysha Greer Isaac.

I Elijah Ulysses Brown Jr was or am the Filer in this case. I submit this amended complaint to clarify Unknown Scott, Unknown Martiner, Unknown Chambers as well to submit an additional complaint for an Incident that occured 1-16-2021. I also would like to ask the Courts for legal assistance due to my limited ability at processing legal jargon.

In the initial complaint there's an Unknown Scott. I write to correct this error. Unknown Scott is Nurse Strong from the Health Dept. Unknown Chambers is Dr. Chambers, head of the Health Dept. and Unknown Martiner is Dr. Martinez Doctor in the Health Dept.

Enclosed is a complaint that occured 1-16-2021. In conclusion I ask that a copy be returned to me as well as the additional plaintiff's in this case. Last but not least, I seek or ask the Courts to provide and or appoint legal assistance to assist us in this procedure. Thank you very much for your time and consideration.

Respectfully,
Elijah U Brown Jr.

On 1-16-2021 at approximately 6:00am. Sewer drains in the Lower housing unit of Delta 1 began to back up or clog, causing feces, urine, tissue and other debris or waste to spill over into the cells. Over 3-4 inches of waste or sewage water would accumulate. Around 1:00pm the pungent smell of the waste began to cause nausea. Due to the stagnancy of the waste, inmates made the endeavor to cover their face and nose with anything accessible, shirts, mask, sheets etc. At 1:10pm C.O. Rosario retrieved the food cart, which had to be waded through sewage water. Despite inmates complaining about being fed in such unsanitary conditions, we were giving ulta-matums. The Lieutenant on Duty, LT. Jones was called to the unit regarding the inmate's complaints of having to eat in sewage and feces. LT Jones's response was "If I were hungry enough, I'd eat in anything." Officer Rosario's response was "Either eat or don't." This inhumane act violates our 8th Amendment Rights. We were continuously subjected to these conditions from 1-16 - 1-19-2021 without an opportunity to sanitize ourselves or our cells.

On 1-19-2021 Nurse Strong was delivering medication to an inmate when I (Elijah Brown) approached him to inquire as to why I haven't been seen for my blood pressure and other issues. I also asked why I wasn't issued the stool cup he promised to issue for testing, two months ago. Nurse Strong states "Dam, my bad! I'll get with you later." Nurse Strong never follows through with his promise. As of 1-19-2021 it has been 6 months since I've complained and I haven't been screened or checked despite the multitude of sick call and electronic request. This

over →

delay in treatment is Negligent, cruel and unusual punishment. A grievance was filed and submitted pertaining to this incident.